```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        JUN 11 2021

   CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CESAR OSVALDO FLORES-PADILLA,
  aka "Cesar Osvaldo Flores Padilla,"
  aka "Cesar Flores,"

      Defendant.

Case No. 2:21-mj-00461-CF-BNW

**Order Directing Probation to Prepare a Criminal History Report**
**[Proposed]**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 11th day of June, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE